```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
MARILENA C. PAROLISE, :
:
                              Petitioner, :      1:24-cv-1382-GHW-KHP
:
             -v- :      <u>ORDER</u>
:
PORTFOLIO RECOVERY ASSOCIATES, LLC, :
:
                             Respondent. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On August 26, 2024, Magistrate Judge Katharine H. Parker issued a report and recommendation ("R&R"), recommending that Respondent's motion to dismiss the amended petition be granted and Petitioner's emergency motion to stay arbitration be denied. Dkt. No. 49. On September 9, 2024 Petitioner filed objections to the R&R. Dkt. No. 50. Any opposition to Petitioner's objections is due no later than September 23, 2024. Under Rule 3(H) of the Court's Individual Rules of Practice in Civil Cases, no reply is permitted. Therefore, the Court will consider the parties' briefing to be fully submitted once Respondent's opposition is filed or, if none, the deadline for Respondent's opposition has passed.

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

      SO ORDERED.

Dated: September 9, 2024
       New York, New York

                                                                   GREGORY H. WOODS
                                                               United States District Judge