**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARILENA C. PAROLISE,

                Petitioner,

  -against-                                    24 **CIVIL 1382 (GHW)(KHP)**

                                                         **JUDGMENT**

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 26, 2024, Respondent's motion to dismiss is GRANTED without prejudice and Petitioner's motion to stay is DENIED for lack of jurisdiction. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Judgment entered for Respondent, and the case is closed.

**Dated:**  New York, New York

       September 26, 2024

                                                              **DANIEL ORTIZ**
                                                         **Acting Clerk of Court**

                             **BY:**  _____
                                                              **Deputy Clerk**